Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OSCAR GUTIERREZ-MACIAS,<br><br>    Defendant. | CAUSE NO. CR16-335RSL<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL |

Having read the defendant's Motion to Seal, and because of sensitive information contained therein,

IT IS NOW THEREFORE HEREBY ORDERED that the Clerk of the Court shall seal the pleading that the defendant has requested be sealed.

Dated this 3rd day of Aug. , 2017.

_____
Hon. Robert S. Lasnik

ORDER TO SEAL PLEADING- Page 1

Law Office of Michael Iaria, PS
1111 Third Avenue
Suite 2220
Seattle, WA 98101
206.235.4101